UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

REUBEN TAUB and HINDY TAUB,                    __ CV __

                                 Plaintiffs,     10 CIV 2399

       -against-

IRA DANIEL TOKAYER and RICHARD
O'CONNELL, Chapter 7 bankruptcy trustee of
Arbco Capital Management, LLP

                                Defendants.

----------------------------------------------------------------x

## NOTICE OF REMOVAL TO
## THE UNITED STATES DISTRICT COURT FOR
## SOUTHERN DISTRICT OF NEW YORK

Pursuant to 28 U.S.C. §1452 and Bankruptcy Rule 9027, Defendant Richard O'Connell Chapter 7 bankruptcy trustee of Arbco Capital Management LLP hereby removes that certain action now pending in the Supreme Court of the State of New York, County of New York (the "State Court"), entitled: <u>Reuben Taub and Hindy Taub v. Ira Daniel Tokayer and Richard O'Connell, Chapter 7 bankruptcy trustee of Arbco Capital Management, LLP</u>, Index No. 116878/2009 (the "Taub Action") to the United States District Court for the Southern District of New York, for subsequent reference of the Taub Action to the United States Bankruptcy Court for the Southern District of New York having jurisdiction over the Chapter 11 case of Arbco Capital Management LLP.

Dated: New York, New York
March 16, 2010

        GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
        Attorneys for the Richard O'Connell, Trustee
        1501 Broadway – 22nd Floor
        New York, New York 10036
        (212) 221-5700

        By: _____
               J. Ted Donovan

TO: Daniel M. Hartman, Esq.
      John R. Horan, Esq.