# FOX HORAN & CAMERINI LLP

825 THIRD AVENUE
NEW YORK, NEW YORK 10022

ATTORNEYS AND COUNSELLORS
AT LAW

TELEPHONE: (212) 480-4800
TELECOPIERS: (212) 269-2383
(212) 709-0248

June 29, 2010

Hon. Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, 6th Floor
New York, NY 10004

      Re:    *In re Arbco Capital Management, LLC, Debtor*
             Adv. Pro. No. 10-03007

Dear Judge Chapman:

      As directed by you in court at the hearing on June 23, 2010, I enclose for filing a letter from my client, Ira Daniel Tokayer affirming his holding of the DVP settlement funds in a separate escrow account.

      Very truly yours,

      FOX HORAN & CAMERINI LLP

      By: John R. Horan

cc:    J. Ted Donovan, Esq.
       Goldberg Weprin Finkel Goldstein LLP

       Hayim Regensberg

       DVP Global Trading, LLP

       DVP Global Trading LLC

**Richard O'Connell, Trustee of the Estate of Arbco Capital Management LLP**
c/o J. Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway – 21st Floor
New York, New York 10036

**Hayim Regensberg**
#60525-054
P.O. Box 1000
Otisville, NY 10963

**DVP Global Trading, LLP**
Attn: Hayim Regensberg, President
#60525-054
P.O. Box 1000
Otisville, NY 10963

**DVP Global Trading LLC**
Attn: Managing Member
130 West 42nd Street
New York, NY 10036

**IRA DANIEL TOKAYER**
ATTORNEY AT LAW
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
SEVENTH FLOOR
NEW YORK, NEW YORK 10174

TEL: (212) 695-5250
FAX: (212) 695-5450

June 24, 2010

Hon. Shelley C. Chapman
United States Bankruptcy Judge
One Bowling Green, 6th Floor
New York, New York 10004

    Re:   In re Arbco Capital Management, LLC, Debtor,
             Adv.Pro. No. 10-03007

Hon. Judge Chapman:

    I am holding DVP's settlement funds in a separate interest-bearing account which has not been commingled with other funds. The balance reflected in the account as of this date is $493,796.82.

Very truly yours,

Ira Daniel Tokayer

Court BR Ltr 01.wpd